UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARY C. DURHAM,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>CSAA GENERAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:14-cv-01332-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #4) entered August 15, 2014, regarding removal of this case to federal district court. On September 15, 2014, Defendant filed a signed Statement (Dkt. #9) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., October 14, 2014,** which must:

　　　1.　　Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

　　　2.　　Include a statement by counsel of action required to be taken by this court.

　　　3.　　Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

　　　DATED this 29th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE