NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARY C. DURHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY;<br>DOES I through X, inclusive and ROE<br>BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-01332-JAD-PAL |

### STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT

COME NOW, Plaintiff, MARY C. DURHAM, and Defendant, CSAA GENERAL INSURANCE COMPANY, by and through their respective counsels of record, and submit this Status Report and Stipulation to Stay Proceedings Pending Settlement:

1. On January 13, 2015, the parties reached a settlement in the above-captioned matter, and are currently in the process of preparing the settlement agreement and dismissal paperwork. However, the parties have knowledge of a Medicare lien, making this process a bit lengthier.

1

NRR-21544

2. To allow the parties time to prepare the settlement agreement and dismissal paperwork, Plaintiff and Defendant submit this Stipulation to Stay Proceedings for 45 days, or until March 8, 2015. If any issues arise during this process, the parties will promptly advise the Court.

3. The cost of completing any discovery and Court-imposed deadlines at this time would undermine the agreed-upon settlement arrangement given the financial and time expense involved with meeting those deadlines. Staying those deadlines would effectuate the parties' mutual desire to decrease the cost of litigation pending settlement.

4. The parties submit that for all of the reasons set forth above, good cause exists to stay all proceedings in this case until March 8, 2015, and request that this Honorable Court enter an Order granting the same.

Dated this 29th day of January, 2015.

LADAH LAW FIRM

_____
RAMZY PAUL LADAH, ESQ.
Nevada Bar No.: 011405
517 S. Third Street
Las Vegas, NV 89101

PATRICK K MCKNIGHT, ESQ.
Nevada Bar No.: 004120
7473 W. Lake Mead, Suite 100
Las Vegas, NV 89128
*Attorneys for Plaintiff*

Dated this ___ day of January, 2015.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

See next page
_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. WIBICKI, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Co-counsel for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 4, 2015.

2

NRR-21544

2. To allow the parties time to prepare the settlement agreement and dismissal paperwork, Plaintiff and Defendant submit this Stipulation to Stay Proceedings for 45 days, or until March 8, 2015. If any issues arise during this process, the parties will promptly advise the Court.

3. The cost of completing any discovery and Court-imposed deadlines at this time would undermine the agreed-upon settlement arrangement given the financial and time expense involved with meeting those deadlines. Staying those deadlines would effectuate the parties' mutual desire to decrease the cost of litigation pending settlement.

4. The parties submit that for all of the reasons set forth above, good cause exists to stay all proceedings in this case until March 8, 2015, and request that this Honorable Court enter an Order granting the same.

| | |
|---|---|
| Dated this 30th day of January, 2015. | Dated this 3rd day of February, 2015. |
| LADAH LAW FIRM | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| /s/ Patrick K. McKnight, Esq. | /s/ Sabrina G. Wibicki, Esq. |
| RAMZY PAUL LADAH, ESQ.<br>Nevada Bar No.: 011405<br>517 S. Third Street<br>Las Vegas, NV 89101<br><br>PATRICK K MCKNIGHT, ESQ.<br>Nevada Bar No.: 004120<br>7473 W. Lake Mead, Suite 100<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiff* | NATHAN R. REINMILLER, ESQ.<br>Nevada Bar No.: 006793<br>SABRINA G. WIBICKI, ESQ.<br>Nevada Bar No.: 010669<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>*Co-counsel for Defendant* |

. . .

. . .

. . .



1  Dated this 29th day of January, 2015.

2  CURRIDEN, ARNESON & ANDERTON

3

4  _____
   DANIEL E. CURRIDEN, ESQ.
5  Nevada Bar No.: 003502
   7201 W. Lake Mead, Suite 580
6  Las Vegas, NV 89128
7  *Co-counsel for Defendant*

11  N:\nathan.grp\Z-client\21544\Pleadings\Our Pleadings\21544Status Report and Stipulation to Stay of Proceedings.docx

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-21544