UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY C. DURHAM,<br><br>                    Plaintiff,<br>v.<br><br>CSAA GENERAL INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 2:14-cv-01332-JAD-PAL<br><br>ORDER |

The matter is before the court on the parties' failure to file a stipulation for dismissal.

On February 4, 2015, Judge Dorsey entered an Order (Dkt. #20) staying all proceedings and deadline in this case until March 8, 2015, to help facilitate a settlement in this matter. As of this date, the parties have not filed a stipulation to dismiss. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report no later than **April 3, 2015,** advising the court of the status of settlement in this matter and when a stipulation to dismiss is expected to be received. If the parties have not reached a settlement the stay will be automatically lifted effective April 3, 2015..

DATED this 20th day of March, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE