DANIEL E. CURRIDEN, ESQ.
Nevada Bar No. 3502
CURRIDEN, ARNESON & ANDERTON
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
(702) 870-7188
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| MARY C. DURHAM, | Case No. 2:14-cv-01332-JAD-PAL |
|---|---|
| Plaintiff, | |
| vs. | |
| CSAA GENERAL INSURANCE COMPANY; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Date of Trial Setting: None

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

DATED this ____ day of May ____, 2015.

CURRIDEN, ARNESON & ANDERTON                LADAH LAW FIRM

By_____          By_____
DANIEL E. CURRIDEN, ESQ.              RAMZY PAUL LADAH, ESQ.
7201 W Lake Mead #580                 517 S Third Street
Las Vegas, Nevada 89128               Las Vegas, Nevada 89101
Attorneys for Defendant               Attorney for Plaintiff

1

By _____

2   PATRICK K. MCKNIGHT, ESQ.
    7473 W Lake Mead, Suite 100
3   Las Vegas, Nevada 89128
    Co-Counsel for Plaintiff
4

5

6                              **ORDER**

7          PURSUANT TO THE STIPULATION OF THE PARTIES [27], through

8   their respective counsel, it is hereby

9          ORDERED, ADJUDGED AND DECREED that the above-captioned

10  matter is dismissed with prejudice, each party to bear its

11  own fees and costs.  The Clerk of Court is instructed to close this case.

12

13             Dated:  June 10, 2015.

14

15                                   _____
                                     UNITED STATES DISTRICT JUDGE
16  Submitted by:                    2:14-cv-1332-JAD-PAL
    CURRIDEN, ARNESON & ANDERTON
17

18  By_____
    DANIEL E. CURRIDEN, ESQ.
19  7201 W Lake Mead, Suite 580
    Las Vegas, Nevada 89128
20  Attorneys for Defendant

21

22

23

24

25

26

27

28